| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY<br>STATE OF COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED: November 19, 2020 12:39 PM<br>FILING ID: 8F64B49A870EA<br>CASE NUMBER: 2020CV33951 |
| **Plaintiff:**   ORLEN SEALAND,<br><br>v.<br><br>**Defendant:**  JOHN DOE, Individual,<br>                 And<br>                 ENTERPRISE HOLDINGS, Inc.,<br>                 d/b/a ENTERPRISE RENT-A-CAR | ▲Court Use Only▲ |
| Attorneys for Plaintiff:<br><br>LAW OFFICE OF MICHAEL FOSSENIER, LLC<br>Michael P. Fossenier, Esq., #17804<br>4100 E. Mississippi Avenue, 19th Floor<br>Denver, CO  80246<br>720-495-7029 Phone<br>303-583-8344 Fax<br>Email:  mike@fozlaw.com | Case Number:<br><br>Courtroom/Division: |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   _  This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   **X**  This party is seeking a monetary judgment against another party for more than $100,000.00, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000."

**Or**

_ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. **X** This party <u>does</u> make a **Jury Demand** at this time. See C.R.C.P. 38. (Checking this box is optional.)

Respectfully submitted this 19th day of November, 2020.

**LAW OFFICE OF MICHAEL P. FOSSENIER, LLC**

*Duly signed original on file*
*//ss// Michael P. Fossenier*
Michael P. Fossenier, Esq., #17804
Attorney for Plaintiff